# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

DISH NETWORK L.L.C. et al.,

Plaintiffs,

v.

TVIZION LLC et al.,

Defendants.

Case No. SACV 18-727-GW-PJWx

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

For the reasons set forth in the Court's order granting Plaintiff DISH Network L.L.C.'s ("DISH's") motion for default judgment against Defendants TVizion LLC, 247 Smart Life, LLC, and Ferras Jim Pshehalouk (collectively, "Defendants"), which are incorporated herein, the Court enters the following judgment against Defendants:

1. The Court finds in favor of DISH as to Count I of the complaint alleging Defendants' violations of 47 U.S.C. § 605(a). DISH is awarded statutory damages of $5,959,000 against Defendants, jointly and severally, with respect to Count I.

2. Count II of the complaint alleging Defendants' violations of 47 U.S.C. § 605(e)(4) is dismissed without prejudice at the request of DISH and the co-plaintiff NagraStar LLC.

3. Defendants, and any person acting in active concert or participation with any of the Defendants that receives actual notice of this order, are hereby permanently enjoined from:

   a. receiving or retransmitting DISH's satellite transmissions or any content contained therein without DISH's authorization;

   b. assisting others in receiving or retransmitting DISH's satellite transmissions or any content contained therein without DISH's authorization, including through the sale of subscriptions or passcodes used in accessing such satellite transmissions or content.

  4. The Court retains jurisdiction over this action for a period of two years for the purpose of enforcing this final judgment and permanent injunction.

**IT IS SO ORDERED**.

Dated: April 1, 2019

                             Hon. George H. Wu
                             United States District Judge