**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C. et al., <br><br> Plaintiffs, <br><br> v. <br><br> TVIZION LLC et al., <br><br> Defendants. | Case No. SACV 18-727-GW-PJWx <br><br> **AMENDED JUDGMENT** |

For the reasons set forth in the Court's order granting Plaintiff DISH Network L.L.C.'s ("DISH's") motion to amend the judgment to add NuMedia Global Inc ("NuMedia Global") and NuMedia Global Hosting Inc ("NuMedia Hosting") as judgment debtors, which are incorporated herein, the Court enters the following amended judgment against NuMedia Global and NuMedia Hosting:

1. On April 1, 2019, the Court entered judgment in favor DISH against Defendants TVizion LLC, 247 Smart Life, LLC, and Ferras Jim Pshehalouk (collectively, "Defendants") for Defendants' violations of 47 U.S.C. § 605(a), and awarded DISH statutory damages of $5,959,000. The judgment is hereby amended to add NuMedia Global and NuMedia Hosting as judgment debtors. NuMedia Global, NuMedia Hosting, and Defendants are jointly and severally liable to DISH for $5,959,000.

2. The Court's April 1, 2019, permanent injunction remains in place.

3. The Court retains jurisdiction over this action for a period of two years for the purpose of enforcing this amended judgment.

**IT IS SO ORDERED**.

Dated: April 2, 2020

*George H. Wu*

Hon. George H. Wu
United States District Judge